

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel
General Law Division

March 31, 2020

330 C Street, SW
Switzer Building – Suite 2100
Washington, DC 20201

**CERTIFIED-RETURN
RECEIPT REQUESTED**

Joshua Fogel, Esq.
Sanocki Newman & Turret, LLP
225 Broadway
8th Floor
New York, New York 10007

Re: *Administrative Tort Claim of Lateef Yusuf, as Administrator of the Estate of Debby Yusuf, Deceased*, Claim No. 2019-0604

Dear Mr. Fogel:

On July 17, 2019, you submitted an SF-95 under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, on behalf of Claimant Lateef Yusuf, as Administrator of the Estate of Debby Yusuf, deceased.

The FTCA authorizes the settlement of any claim of money damages against the United States for, *inter alia*, injury or death caused by the negligent or wrongful act or omission of any employee of the Federal Government, while acting within the scope of employment. Under the FTCA, the act or omission must be such that the United States, if a private person, would be liable to the claimants in accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination on this claim. *See* 28 U.S.C. §§ 2401(b), 2675(a). The clam is denied.

If your client is dissatisfied with this determination, he is entitled to:

    1. file a written request with the agency for reconsideration of the final determination denying the claim within six (6) months from the date of mailing of this determination (28 C.F.R. § 14.9); or

    2. file suit against the United States in the appropriate federal district court within six months from the date of mailing of this determination (28 U.S.C. § 2401(b)).

Joshua Fogel, Esq.
Page 2 of 2

In the event that your client requests reconsideration, the agency will review the claim within six (6) months from the date the request is received. If the reconsidered claim is denied, your client may file suit within six (6) months from the date of mailing of the final determination.

Sincerely,

Daretia M. Hawkins -S

Digitally signed by Daretia M. Hawkins -S
DN: c=US, o=U.S. Government, ou=HHS, ou=OS, ou=People, 0.9.2342.19200300.100.1.1=2000003776, cn=Daretia M. Hawkins -S
Date: 2020.03.25 15:06:27 -04'00'

Daretia M. Hawkins
Assistant Deputy Associate General Counsel
Claims and Employment Law Branch